IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE ESTATE OF NENA CHARLEY,
by and through Personal Representative,
TIMOTHY CHARLEY, TIMOTHY
CHARLEY, as parent and next friend of
NILE CHARLEY, and TIMOTHY CHARLEY,
Individually,

    Plaintiffs,

v.      Case No. 1:22-CV-00033 JB/JFR

GALLUP INDIAN MEDICAL CENTER,
DEPARTMENT OF HEALTH AND HUMAN
SERVICES, INDIAN HEALTH SERVICE, THE
UNITED STATES OF AMERICA, ROBERT
LEACH, D.O., ROBIN RANELL SALES, R.N.
AND JOELLE CATHERIN CERO GO, R.N.,

    Defendants.

## DEFENDANT JOELLE CAHTERIN CERO GO, R.N.'S NOTICE TO COURT OF STIPULATED CONSENT TO EXTEND DEADLINE TO ANSWER COMPLAINT

Defendant Joelle Catherin Cero Go, RN, hereby notifies the Court that she has sought written consent from Plaintiffs to extend her deadline to answer their Complaint to Recover Damages for Wrongful Death and Loss of Consortium Arising From Medical Negligence ("Complaint" [Doc. 1]) filed January 14, 2022, until March 8, 2022. Counsel for Plaintiffs has agreed to provide the additional time to answer on behalf of Nurse Go given that her counsel was only recently retained. As such, Nurse's Go's Answer to the Complaint will be filed by March 8, 2022.

Respectfully submitted by:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By _____
    Brenda M. Saiz
    Denise M. Chanez
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
E-Mail: bsaiz@rodey.com
E-Mail: dchanez@rodey.com
*Attorneys for Joelle Catherin Cero Go, R.N.*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing pleading was served via email and the Court's CM/ECF on Thursday, February 17, 2022, to the following counsel of record:

Lisa Curtis
Laura Callanan
Curtis & Co.
215 Central Ave. NW, Third Floor
Albuquerque, NM 87102
Telephone: (505) 243-2808
Facsimile: (505) 242-0812
E-Mail: lisa@curtislawfirm.org
E-Mail: laura@curtislawfirm.org
*Attorneys for Plaintiffs*

By _____
    Brenda M. Saiz