**IN THE UNTIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

THE ESTATE OF NENA CHARLEY,
by and through Personal Representative,
TIMOTHY CHARLEY, TIMOTHY
CHARLEY, as parent and next friend of
NILE CHARLEY, and TIMOTHY
CHARLEY, Individually,                    Case No. 1:22-CV-00033 JB/JFR

Plaintiffs,

v.

GALLUP INDIAN MEDICAL CENTER,
DEPARTMENT OF HEALTH AND
HUMAN SERVICES, INDIAN HEALTH
SERVICE, THE UNITED STATES OF
AMERICA, ROBERT LEACH, D.O.,
ROBIN RANELL SALES, R.N.
AND JOELLE CATHERIN CERO GO, R.N.,

Defendants.

**DEFENDANT ROBIN RANELL SALES, R.N.'S NOTICE TO COURT**
**OF STIPULATED CONSENT TO EXTEND DEADLINE**
**TO ANSWER COMPLAINT**

Defendant Robin Ranell Sales, RN, hereby notifies the Court that she has sought written consent from Plaintiffs to extend her deadline to answer their Complaint to Recover Damages for Wrongful Death and Loss of Consortium Arising From Medical Negligence ("Complaint" [Doc. 1]) filed January 14, 2022, until March 10, 2022. Counsel for Plaintiffs has agreed to provide the additional time to answer on behalf of Nurse Sales given that her counsel was only recently retained. As such, Nurse's Sales' Answer to the Complaint will be filed by March 10, 2022.

- 2 -

Dated: February 24, 2022

Respectfully submitted,

**THE CHECKETT LAW FIRM, PLLC**

By  */s/ John J. Checkett*
   John J. Checkett
   The Checkett Law Firm, PLLC
   6829 North 12th Street
   Phoenix, AZ 85014 (480) 272-9100
   *Attorneys for Robin Ranell Sales, RN*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of February, 2022, I electronically filed the foregoing through the Court's CM/ECF file and serve system, which caused all parties or counsel to be served electronically.

   */s/ John J. Checkett*