| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| ROBERT W. LEACH, DO – CREDENTIALING FILE | | | | | |
| 754-755 | Paula Mora, MD, Clinical Director | Esperanza Sanchez, MD, Chief of Emergency Medicine | Reappointment Credentials Checklist - GIMC | 09/15/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 756 | | Esperanza Sanchez, MD, Chief of Emergency Medicine | Reappointment Summary Worksheet - GIMC | 09/14/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 757-759 | | Paula Mora, MD | Credentials File Checklist for Permanent Appointment - GIMC | 09/18/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 760-769 | R.W. Leach, DO | | Medical Staff Credentials and Staff Appointment Application - GIMC | 08/13/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 770-785 | R.W. Leach, DO | | Application for Reappointment - GIMC | 09/02/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 786-787 | Paula Mora, MD, Clinical Director | Esperanza Sanchez, MD, Chief of Emergency Medicine | Reappointment Credentials Checklist - GIMC | 09/04/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 788 | | Esperanza Sanchez, MD, Chief of Emergency Medicine | Reappointment Summary Worksheet - GIMC | 09/14/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 789-803 | R.W. Leach, DO | | Application for Reappointment - GIMC | 08/16/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 804 | | Esperanza Sanchez, MD, Chief of Emergency Medicine | Reappointment Summary Worksheet - GIMC | 08/16/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

EXHIBIT "1"

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|-------|------------------------|---------------------------|-------------------------------|------|--------------------|
| 805-806 | Kevin Gaines, MD, Acting Chief Medical Officer | Esperanza Sanchez, MD, Chief of Emergency Medicine | Reappointment Credentials Checklist - GIMC | 08/16/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 807-817 | R.W. Leach, DO | | Application for Reappointment - GIMC | 07/26/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 818-819 | Loretta Christensen, MD, Clinical Director | Esperanza Sanchez, MD, Chief of Emergency Medicine | Reappointment Credentials Checklist - GIMC | 09/16/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 820-821 | | Esperanza Sanchez, MD, Chief of Emergency Medicine | Reappointment Summary Worksheet | 09/16/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 822-827 | R.W. Leach, DO | | Application for Reappointment | 09/02/2018 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 828 | James Lisko, MD, Chief of Staff | R.W. Leach, DO | HHS Memo re: Notification of Reappointment Approval | 09/15/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 829 | Esperanza Sanchez, MD, Chief of Emergency Medicine | illegible signatures from Chief of Staff, Chief Executive Officer, and Governing Body representative | Recommendations and Approvals for Reappointment | 09/14/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 830-834 | R.W. Leach, DO | Esperanza Sanchez, MD, Chief of Emergency Medicine | Emergency Medicine Medical Staff Privileges Request Form - Gallup Service Unit | 09/08/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 835 | | illegible signatures from Chief of Staff, Chief Executive Officer, and Governing Body Representative | Grant of temporary clinical privileges | 09/04/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 836 | James Lisko, MD, Chief of Staff | R.W. Leach, DO | HHS Memo re: Notification of Reappointment Approval | 09/04/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 837 | Esperanza Sanchez, MD, Chief of Emergency Medicine | illegible signatures from Chief of Staff, Chief Executive Officer, and Governing Body representative | Recommendations and Approvals for Reappointment | 09/04/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 838-840 | R.W. Leach, DO | Esperanza Sanchez, MD, Chief of Emergency Medicine | Emergency Medicine Medical Staff Privileges Request Form - Gallup Service Unit | 08/12/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 841 | | illegible signatures from Chief of Staff, Chief Executive Officer, and Governing Body representative | Grant of temporary clinical privileges | 09/04/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 842 | James Lisko, MD, Chief of Staff | R.W. Leach, DO | HHS Memo re: Notification of Reappointment Approval | 08/16/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|-------|------------------------|---------------------------|-------------------------------|------|--------------------|
| 843 | Esperanza Sanchez, MD, Chief of Emergency Medicine | illegible signatures from Chief of Staff, Chief Executive Officer, and Governing Body representative | Recommendations and Approvals for Reappointment | 08/16/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 844-847 | R.W. Leach, DO | Esperanza Sanchez, MD, Chief of Emergency Medicine | Emergency Medicine Medical Staff Privileges Request Form - Gallup Service Unit | 08/14/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 848 | | illegible signatures from Chief of Staff, Chief Executive Officer, and Governing Body representative | Grant of temporary clinical privileges | 08/16/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 849 | Loretta Christenson, MD, Clinical Director | R.W. Leach, DO | HHS Memo re: Notification of (Re) appointment Approval | 09/16/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 850 | | illegible signatures from Chief of Staff, Chief Executive Officer, and Governing Body representative | Recommendations and Approvals for Reappointment | 09/16/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 851-856 | R.W. Leach, DO | | Emergency Medicine Medical Staff Privileges Request Form - Gallup Service Unit | 08/21/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 857 | R.W. Leach, DO | Esperanza Sanchez, MD, Chief of Emergency Medicine, and illegible signatures from Chief of Staff, and Chairman of the Governing Body | GSU clinical privileges request and grant form | 09/15/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 858 | | illegible signatures from Chief of Staff/Clinic Director, Chief Executive Officer, and Chairman of the Governing Body | Medical Staff Appointment | 09/18/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 859-864 | R.W. Leach, DO | | Emergency Medicine Medical Staff Privileges Request Form - Gallup Service Unit | 08/18/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 865 | R.W. Leach, DO | Esperanza Sanchez, MD, Chief of Emergency Medicine, and illegible signatures from Clinical Director or Chief Executive Officer, the Chief of Staff, and Chairman of the Governing Body | GSU clinical privileges request and grant form | 08/18/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

5

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 866 | NPPES NPI Registry | | Provider Information for 1770575391 | 08/02/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 867 | Iowa Board of Medicine | | License Query Result | 09/08/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 868-869 | Nevada State Board of Osteopathic Medicine | | Licensee Verification | 09/08/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 870 | Nevada State Board of Osteopathic Medicine | | Licensee Verification | 12/17/2020 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 871 | State of New Mexico | | Licensee Verification | 08/27/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 872 | State of New Mexico Board of Osteopathic Medicine | Robert William Leach, DO | License Certificate | 06/12/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 873 | Nevada State Board of Osteopathic Medicine | | Licensee Verification | 11/21/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 874 | Nevada State Board of Osteopathic Medicine | | Licensee Verification | 08/27/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 875 | Nevada State Board of Osteopathic Medicine | Robert Leach, DO | License Certificate | 08/10/2010 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|-------|------------------------|---------------------------|-------------------------------|------|--------------------|
| 876 | Iowa Board of Medicine | | License Query Result | 08/27/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 877 | Iowa Board of Medicine | | License Query Result | 06/11/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 878 | Iowa Board of Medicine | | License Query Result | 03/14/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 879 | Nevada State Board of Osteopathic Medicine | | Licensee Verification | 11/27/2018 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 880 | Nevada State Board of Osteopathic Medicine | | Licensee Verification | 11/03/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 881 | Nevada State Board of Osteopathic Medicine | | Licensee Verification | 08/02/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 882 | Nevada State Board of Osteopathic Medicine | Robert Leach, DO | License Certificate | 08/10/2010 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 883 | Iowa Board of Medicine | | License Query Result | 08/02/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 884 | Iowa Board of Medicine | Robert William Leach, DO | License Certificate | unknown | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 885 | Iowa Board of Medicine | | License Query Result | 02/16/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 886 | Nevada State Board of Osteopathic Medicine | | Licensee Verification | 01/13/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 887 | Iowa Board of Medicine | | License Query Result | 09/15/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 888 | Nevada State Board of Osteopathic Medicine | | Licensee Verification | 02/01/2016 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 889 | Nevada State Board of Osteopathic Medicine | | Licensee Verification | 09/15/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 890 | Nevada State Board of Osteopathic Medicine | | Licensee Verification | 03/08/2014 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 891 | Nevada State Board of Osteopathic Medicine | | Licensee Verification | 09/05/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 892 | Nevada State Board of Osteopathic Medicine | Robert Leach, DO | License Certificate | 08/10/2010 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 893 | Nevada State Board of Osteopathic Medicine | Robert Leach, DO | License Certificate - wallet card | 08/10/2010 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 894 | Association of State Medical Board Executive Directors | | Iowa Board of Medicine Search Result | 09/05/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 895 | Iowa Board of Medicine | | License Certificate of Renewal | unknown | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 896 | Drug Enforcement Administration | | CSA Registration Validation | 09/08/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 897 | Drug Enforcement Administration | | CSA Registration Validation | 04/28/2020 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 898 | Drug Enforcement Administration | Robert W. Leach | CSA Registration Certificate | 04/05/2020 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 899 | Drug Enforcement Administration | issued to US Public Health Service, IHS Gallup Indian Medical Center | CSA Registration Certificate | 04/28/2016 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 900 | Drug Enforcement Administration | | CSA Registration Validation | 08/27/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 901 | Nevada State Board of Pharmacy | | License Verification Search Result | 08/27/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 902 | Drug Enforcement Administration | | DEA Registration Validation Search Result | 08/02/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 903 | Nevada State Board of Pharmacy | | License Search Result | 08/02/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 904 | Drug Enforcement Administration | | DEA Registration Validation Search Result | 05/11/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 905 | Drug Enforcement Administration | Robert W. Leach | Controlled Substance Registration Certificate | 05/09/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 906 | Drug Enforcement Administration | | DEA Registration Validation Search Result | 09/15/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 907 | Drug Enforcement Administration | | internet printout of Controlled Substance Registration Certificate | 12/10/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 908 | Drug Enforcement Administration | | DEA Registration Validation Search Result | 04/03/2014 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 909 | Drug Enforcement Administration | | internet printout of Controlled Substance Registration Certificate | 04/03/2014 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 910 | Drug Enforcement Administration | | internet printout that the DEA Registration number provided is not eligible to request registration validation; includes handwritten notation that registration #BL2527200 expired 03/31/2014 | 04/01/2014 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 911 | Drug Enforcement Administration | Robert W. Leach | Controlled Substance Registration Certificate | 03/22/2011 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 912 | Drug Enforcement Administration | | DEA Registration Validation Search Result | 03/29/2014 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 913 | Nevada State Board of Pharmacy | | License Search Result | 03/29/2014 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 914 | Nevada State Board of Pharmacy | Robert William Leach | Controlled Substance License Certificate ID Card | 10/11/2012 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 915 | American Academy of Pediatrics and American Heart Association | Robert Leach | Neonatal Resuscitation Program (NRP) Program Credentials | 09/16/2020 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 916 | | Robert Leach | Pediatric Advanced Life Support Certification | June 2020 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 917 | | Robert Leach | Advanced Cardiac Life Support Certification | June 2020 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 918 | | Robert Leach | Basic Cardiac Life Support Certification | June 2020 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 919 | ATLS | Robert Leach, MD | Course for Doctors According to the Standards Established by the ACS Committee on Trauma Certification | 09/21/2018 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

11

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 920 | ACLS Recertification Provider National Certification Services | Robert Leach | Certification of completion of national cognitive evaluation in accordance with the curriculum set forth by the NCS, Inc Accreditation Board within current 2018 guidelines; client has earned 8 CEU for this course | 06/09/2018 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 921 | PALS Provider National Certification Services | Robert Leach, DO | Certification of completion of national cognitive evaluation in accordance with the curriculum set forth by the NCS, Inc Accreditation Board within current 2018 guidelines; client has earned 8 CEU for this course | 06/09/2018 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 922 | BLS Provider National Certification Services | Robert Leach, DO | Certification of completion of national cognitive evaluation in accordance with the curriculum set forth by the NCS, Inc Accreditation Board within current 2018 guidelines; client has earned 8 CEU for this course | 06/09/2018 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 923 | American Osteopathic Association | | Membership information including CME Reports, Licensing, and AOA Board of Certification | unknown | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 924 | New Mexico Osteopathic Medical Association | | Confirmation of registration for the 41st Annual Balloon Fiesta Medical Symposium to be held October 6-10, 2021, in Albuquerque, NM | unknown | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 925-926 | American Osteopathic Association | | Continuing Medical Education Activity Summary for 2016-2018 CME Cycle | unknown | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 927 | American Osteopathic Association | | Continuing Medical Education Activity Summary for 2019-2021 CME Cycle | unknown | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 928-929 | American Osteopathic Association | | Continuing Medical Education Activity Summary for 2016-2018 CME Cycle | unknown | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 930 | ATLS | Robert Leach, DO | Certification of completion of the ATLS Course for Doctors according to the standards established by the ACS Committee on Trauma | 10/03/2014 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 931 | Robert Leach, DO | GIMC Medical Staff Office | memo re: CME 2013-2015 | 09/02/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 932 | ACLS Provider National Certification Services | Robert Leach, DO | Certification of completion of national cognitive evaluation in accordance with the curriculum set forth by the NCS, Inc Accreditation Board within current 2012 guidelines; client has earned 8 CEU for this course | 08/04/2012 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 933 | PALS Provider National Certification Services | Robert Leach, DO | Certification of completion of national cognitive evaluation in accordance with the curriculum set forth by the NCS, Inc Accreditation Board within current 2012 guidelines; client has earned 8 CEU for this course | 08/11/2012 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 934 | Essentials of Emergency Medicine Self Study (Enduring Material) | Robert Leach | Certification of completion of Essential of Emergency Medicine Self-Study Continuing Medical Education Program | 11/18/2014 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 935-936 | Medscape | | CME Tracker Search Result | 08/31/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 937 | Hippo Education Inc. | Robert Leach | Certification of participation in the enduring material titled Essentials of Emergency Medicine 2014 at Los Angeles, California | 08/31/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 938 | Essentials of Emergency Medicine Self Study (Enduring Material) | Robert Leach | Certification of completion of Essential of Emergency Medicine Self-Study Continuing Medical Education Program | 08/31/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 939 | American Osteopathic Association | | CME Activity Report | 08/02/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 940 | ACLS Provider National Certification Services | Robert Leach, DO | Certification of completion of national cognitive evaluation in accordance with the curriculum set forth by the NCS, Inc Accreditation Board within current 2014 guidelines; client has earned 8 CEU for this course | 07/30/2014 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 941 | PALS Provider National Certification Services | Robert Leach, DO | Certification of completion of national cognitive evaluation in accordance with the curriculum set forth by the NCS, Inc Accreditation Board within current 2014 guidelines; client has earned 8 CEU for this course | 07/30/2014 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 942 | ATLS | Robert Leach, MD | Certification of completion of the ATLS Course for Doctors according to the standards established by the ACS Committee on Trauma | 10/22/2010 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 943 | ACLS Provider National Certification Services | Robert Leach, DO | Certification of completion of national cognitive evaluation in accordance with the curriculum set forth by the NCS, Inc Accreditation Board within current 2012 guidelines; client has earned 8 CEU for this course | 08/04/2012 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 944 | PALS Provider National Certification Services | Robert Leach, DO | Certification of completion of national cognitive evaluation in accordance with the curriculum set forth by the NCS, Inc Accreditation Board within current 2012 guidelines; client has earned 8 CEU for this course | 08/11/2012 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 945 | HHS OIG LEIE Exclusions database | | Exclusions Search Results:  Individuals re:  Robert Leach | 09/08/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 946 | HHS OIG LEIE Exclusions database | | Exclusions Search Results:  Individuals re:  Robert Leach | 08/27/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 947 | HHS OIG LEIE Exclusions database | | Exclusions Search Results:  Individuals re:  Robert Leach | 08/02/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 948 | SAM | | Negative Search Results for records matching functional area of performance information on Robert Leach | 08/02/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 949 | HHS OIG LEIE Exclusions database | | Exclusions Search Results:  Individuals re:  Robert Leach | 11/07/2016 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 950 | HHS OIG LEIE Exclusions database | | Exclusions Search Results: Individuals re: Robert Leach | 09/15/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 951 | HHS OIG LEIE Exclusions database | | Exclusions Search Results: Individuals re: Robert Leach | 08/14/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 952 | SAM | | Negative Search Results for records matching functional area of performance information on Robert Leach | 11/07/2016 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 953 | Richard D. Olson, MD, MPH, Acting Director, Office of Clinical and Preventive Services, Indian Health Service | To Whom It May Concern | letter regarding provision of medical malpractice liability protection under the Federal Tort Claims Act | 06/03/2008 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 954 | Acord | | Certificate of Liability Insurance re: insured Winnemucca Emergency Physicians, LLC; certificate holder Humboldt General Hospital | 03/14/2018 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 955-957 | R.W. Leach, DO | | chronological list of malpractice insurance carriers | 08/15/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 958 | | | blank page | | |
| 959-961 | R.W. Leach, DO | | chronological list of malpractice insurance carriers | 04/05/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 962 | Aon Risk Insurance Services | | Certificate of Insurance re: insured Staff Care, Inc. re: Robert Leach, DO; certificate holder William Bee Ririe Hospital | 07/25/2012 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 963 | Acord | | Certificate of Liability Insurance re: insured Emcare Physician Providers, Inc.; certificate holder Mesa View Hospital | 01/14/2011 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 964 | Acord | | Certificate of Liability Insurance re: insured Emcare Physician Providers, Inc.; certificate holder Desert View Hospital | 01/14/2011 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 965-966 | Acord | | Certificate of Liability Insurance re: insured The Schumacher Group of Delaware, Inc.; certificate holder Banner Churchill Community Hospital | 07/22/2010 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 967-968 | Acord | | Certificate of Liability Insurance re: insured The Schumacher Group of Delaware, Inc.; certificate holder Banner Churchill Community Hospital | 12/29/2010 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 969 | Schumacher Group | Robert Leach, DO | letter regarding professional malpractice insurance coverage | 12/30/2010 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 970 | R.W. Leach, DO, and ECi Emergency Consultants, Inc. | ECi Emergency Consultants, Inc., and R.W. Leach, DO | email exchange between Lisa Ferguson, HR Generalist, and Robert Leach, DO, with subject line of: Malpractice carrier | 05/13/2010 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 971-973 | Acord | | Certificate of Liability Insurance re: insured Emergency Consultants, Inc.; certificate holder Wheaton Franciscan Healthcare | 06/29/2009 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|-------|------------------------|---------------------------|-------------------------------|------|--------------------|
| 974-977 | Wisconsin Medical Society Insurance & Financial Services, Inc. | Robert Leach, DO | letter re: PIC Wisconsin Policy #157439 amendment to certificate of coverage | 12/11/2007 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 978 | Iowa Health System | Wisconsin Medical Society & Financial Services, Inc. | letter documenting former employee Robert Leach's period of professional liability coverage, and that there are no pending actions or claims filed against him, nor any judgments or settlements paid under the Iowa Health System with respect to him | 01/26/2007 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 979 | Acord | | Certificate of Liability Insurance re: insured Iowa Health System; certificate holder: To whom it may concern | 12/28/2006 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 980 | Acord | | Certificate of Liability Insurance re: insured Community Health Network; certificate holder Community Health Network, Inc. | 01/05/2005 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 981-982 | The MMIC Group Midwest Medical Insurance Company | | insurance endorsement | 02/15/2005 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 983 | OHIC Insurance Company | | list of policies, effective dates, and that there are no claims on file | 01/16/2007 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 984 | Mercy Health System | Robert Leach, DO | letter notifying of renewal of professional liability insurance policy for 2004 | 01/13/2004 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 985 | Acord | | Certificate of Liability Insurance re: Mercy Health Systems; certificate holder Robert W. Leach D.O., Mercy Health System | 03/02/2005 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 986 | Zurich | | confirmation of coverage | 01/31/2007 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 987 | Zurich | | documentation of no asserted claims | 02/06/2007 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 988 | Acord | | Certificate of Liability Insurance re: Mercy Health Systems; certificate holder Robert W. Leach D.O., Mercy Health System | 03/02/2005 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 989 | Acord | | Certificate of Liability Insurance re: Mercy Health Systems; certificate holder Robert W. Leach D.O., Mercy Health System | 03/02/2005 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 990 | OHIC Insurance Company | | account information search result | unknown | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 991 | OHIC Insurance Company | | claim detail negative report | 01/18/2007 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 992 | OHIC Insurance Company | | list of policies, effective dates, and that there are no claims on file | unknown | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 993 | Genesys Health System | Cathy Mueller | corrected letter re: insurance verification and claim history re: loss dated 08/12/2000-dismissed with no payment made on Dr. Leach's behalf | 01/17/2007 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 994 | EPMG Emergency Physicians Medical Group, PC | Kathy Mueller | insurance verification and claim history re: claim dated 09/28/1997-closed by EPMC on 06/23/2000 | 01/17/2007 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 995-997 | MHA Michigan Hospital Association Mutual Insurance Company | John Schon, VP of Finance, Dickinson County Hospitals | endorsement of professional liability and general liability insurance policy to add Robert W. Leach, DO | 09/12/1988 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 998-1000 | The Medical Protective Company of Fort Wayne, Indiana | | certificate of insurance coverage | 11/18/1986 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1001-1003 | R.W. Leach, DO | | chronological list of malpractice insurance carriers | 04/05/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1004-1006 | Gallup Indian Medical Center, Medical Staff Office | William Bee Ririe Hospital | completed Reference Questionnaire re: seeking emergency medicine privileges at Gallup Indian Medical Center | 09/04/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1007-1009 | Gallup Indian Medical Center, Medical Staff Office | San Carlos IHS | completed Reference Questionnaire re: seeking emergency medicine privileges at Gallup Indian Medical Center | 08/16/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1010-1011 | Mesa View Regional Hospital | Gallup Indian Medical Center | letter responding to inquiry for verification of staff affiliation | 08/21/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 1012 | Banner Churchill Community Hospital | Gallup Indian Medical Center | letter responding to request for verification of medical staff membership and/or privileges | 08/26/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1013 | Kim Nez, Emergency Medicine Dept., GIMC | Banner Churchill Community Hospital | fax cover sheet | 08/20/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1014 | Desert View Hospital | Kim Nez, Medical Staff Office, GIMC | letter verifying hospital privileges | 08/21/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1015-1016 | Wheaton Franciscan | Gallup Indian Medical Center | faxed letter verifying hospital privileges | 08/21/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1017 | Gallup Indian Medical Center | Wheaton Franciscan - St. Joseph | not completed Reference Questionnaire page 1 of 3 | 08/16/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1018-1020 | Gallup Indian Medical Center | Berlin Memorial Hospital | partially completed Reference Questionnaire | 08/27/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1021-1022 | UnityPoint Health Allen Hospital | Gallup Indian Medical Center | faxed letter verifying hospital affiliation | 08/26/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1023-1024 | Mercy Walworth Hospital & Medical Center | Gallup Indian Medical Center | faxed letter verifying hospital affiliation and privileges | 08/28/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1025-1027 | Gallup Indian Medical Center | Dickinson County Memorial Hospital | faxed not completed Reference Questionnaire page 1 of 3; includes 08/26/2013 handwritten note indicating their records do not go back far enough for them to provide | 08/22/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 1028 | Genesys Regional Medical Center | Gallup Indian Medical Center | letter verifying hospital affiliation | 08/29/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1029-1030 | Safia Rubaii, MD, Emergency Physician - GIMC | Gallup Indian Medical Center | Professional Recommendation face sheet and Peer Recommendation questionnaire | 09/10/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1031-1032 | Esperanza Sanchez, MD, Chief of Emergency Medicine - GIMC | Gallup Indian Medical Center | Professional Recommendation face sheet and Peer Recommendation questionnaire | 09/08/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1033-1034 | Safia Rubaii, MD, Emergency Physician - GIMC | Gallup Indian Medical Center | Professional Recommendation face sheet and Peer Recommendation questionnaire | 08/27/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1035-1036 | Esperanza Sanchez, MD, Chief of Emergency Medicine - GIMC | Gallup Indian Medical Center | Professional Recommendation face sheet and Peer Recommendation questionnaire | 08/28/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1037-1038 | Esperanza Sanchez, MD, Chief of Emergency Medicine - GIMC | Gallup Indian Medical Center | completed Peer Recommendation questionnaire | 08/14/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1039-1040 | Sabrina M. Pak, MD (locums) | Gallup Indian Medical Center | completed Peer Recommendation questionnaire | 08/14/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1041-1042 | Bradley Logan, MD (locums) | Gallup Indian Medical Center | completed Peer Recommendation questionnaire | 08/05/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 1043 | illegible signature, Medical Officer | Gallup Indian Medical Center | completed Peer Recommendation questionnaire | 08/29/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1044 | Jeremy Seelinger Devey, MD, Emergency Physician | Gallup Indian Medical Center | completed Peer Recommendation questionnaire | 08/29/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1045 | R.W. Leach, DO | | list of professional references | 04/13/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1046-1048 | Gallup Indian Medical Center, Medical Staff Office | Dr. Gary Seigel | completed Reference Questionnaire re: seeking emergency medicine privileges at Gallup Indian Medical Center | 08/30/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1049-1051 | Gallup Indian Medical Center, Medical Staff Office | Denis Astarita, MD | completed by E. Sanchez, MD, Reference Questionnaire re: seeking emergency medicine privileges at Gallup Indian Medical Center | 07/22/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1052-1054 | Gallup Indian Medical Center, Medical Staff Office | Dr. Siegel | completed by E. Sanchez, Reference Questionnaire re: seeking emergency medicine privileges at Gallup Indian Medical Center | 07/22/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1055-1057 | Gallup Indian Medical Center, Medical Staff Office | Dr. Kevin Jensen | completed by E. Sanchez, Reference Questionnaire re: seeking emergency medicine privileges at Gallup Indian Medical Center | 07/22/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1058 | National Student Clearinghouse | Kim Nez | Degree Verify Certificate | 08/29/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 1059 | Chicago College of Osteopathic Medicine | Robert William Leach | Doctor of Osteopathy diploma | 06/08/1980 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1060 | American Board of Physician Specialties | | Provider Credentials Search Result | 09/08/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1061 | American Board of Physician Specialties | Robert W. Leach, DO | Board of Certification in Emergency Medicine certificate | 2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1062 | American Board of Physician Specialties | | Certification Verification Profile | 08/03/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1063 | American Board of Physician Specialties | Robert W. Leach, DO | Board of Certification in Emergency Medicine certificate | 2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1064 | American Board of Physician Specialties | Robert W. Leach, DO | Board of Certification in Emergency Medicine certificate | 2009 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1065 | Robert J. Geller, DO, FAAEP, Chairperson, Board of Certification in Emergency Medicine, American Board of Physician Specialties | Robert W. Leach, DO | letter regarding board recertification in Emergency Medicine | 06/09/2009 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1066 | HHS Health Resources and Services Administration | | National Practitioner Data Bank Query Result | 09/13/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 1067 | NPDB National Practitioner Data Bank | | National Practitioner Data Bank Query Result | 08/30/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1068 | NPDB National Practitioner Data Bank | | National Practitioner Data Bank Query Result | 08/14/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1069 | NPDB National Practitioner Data Bank | | National Practitioner Data Bank Query Result | 09/15/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1070 | NPDB National Practitioner Data Bank | | National Practitioner Data Bank Query Result | 08/21/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1071-1077 | R.W. Leach, DO | | Curriculum Vitae | 09/20/2020 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1078 | | | blank | | |
| 1079-1085 | R.W. Leach, DO | | Curriculum Vitae | 08/03/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1086-1091 | R.W. Leach, DO | | Curriculum Vitae | 03/08/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1092 | State of Nevada | Robert William Leach | Driver License | 07/15/2020 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1093 | CDC | Robert Leach | COVID-19 Vaccination Record Card | 05/27/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 1094 | Safeway | Robert Leach | Prescription Receipt for Fluzone High-Dose | 09/13/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1095 | State of Nevada | Robert William Leach | Driver License | 03/12/2014 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1096 | State of Nevada | Robert William Leach | Driver License | 09/14/2010 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1097 | Talynne Boyd-Jensen, IHS/NAV | Lola Lee, IHS/NAV | Email with subject line of:  Pre Security Clearance - Contractor - R. Leach | 08/26/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1098 | Kenita Shabala, IHS/NAV | Kim A. Nez and Esperanza Sanchez, IHS/NAV | Email with subject line of: Contract Ed provider | 09/06/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1099 | William Bee Ririe Critical Access Hospital and Rural Health Clinic | | Annual Employee Tuberculosis Skin Test Consent form | 08/28/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1100 | Mercy Alliance Patient Care Lab | | Quest Diagnostics lab results | 04/06/2014 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1101-1102 | R.W. Leach, DO | | Declaration for Federal Employment form | undated | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1103 | R.W. Leach, DO | Gallup Indian Medical Center | Consent for GIMC Clinical Director to inspect records due to application for membership to the Medical Staff of GIMC | 08/13/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|-------|------------------------|---------------------------|-------------------------------|------|--------------------|
| 1104 | Theodore W. Collins, DO, Examining Physician | | Health Status Certification | 08/13/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1105 | Gallup Indian Medical Center | | Clarification or Physical/Mental/Health Status Upon Application questionnaire | undated | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1106-1109 | | illegible signature | 2019 Emergency Department Ongoing Provider Performance Report | 01/27/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1110-1111 | | illegible signature | 2019 Emergency Department Ongoing Provider Performance Report | 01/23/2019 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1112-1113 | | illegible signature | 2016 Emergency Department Ongoing Provider Performance Report | 12/20/2017 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1114-1115 | | illegible signature | 2016 Emergency Department OPPE Provider Performance Report | 12/17/2016 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1116-1117 | | illegible signature | 2015 Emergency Department OPPE Provider Performance Report | 01/12/2016 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1118-1119 | | illegible signature | 2014 Emergency Department OPPE Provider Performance Report | 01/21/2015 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| 1120 | | illegible signature | Emergency Department PPE tracking form | 10/29/2013 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 1121 | | | Core Reappointment Summary | undated | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675 |
| **GALLUP INDIAN MEDICAL CENTER RISK MANAGEMENT FILE FOR NENA CHARLEY** | | | | | |
| 1122 | | | Practitioner information sheet for Bradley S. Logan, M.D. | undated | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675; attorney work product protection |
| 1123 | State of Tennessee Department of Health | | License verification for Bradley S. Logan | 11/16/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675; attorney work product protection |
| 1124 | | | Practitioner information sheet for Paul W. Charlton, M.D. | undated | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675; attorney work product protection |
| 1125 | New Mexico Medical Board | | License verification for Paul W. Charlton | 11/16/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675; attorney work product protection |
| 1126 | State of Washington Department of Health | | License verification for Paul W. Charlton | 11/16/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675; attorney work product protection |

| BATES | AUTHOR (if applicable) | RECIPIENT (if applicable) | DOCUMENT TYPE/ SUBJECT MATTER | DATE | BASIS OF PRIVILEGE |
|---|---|---|---|---|---|
| 1127 | | | Practitioner information sheet for Robert W. Leach, D.O. | undated | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675; attorney work product protection |
| 1128 | Nevada State Board of Osteopathic Medicine | | License verification for Robert W. Leach | 11/16/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675; attorney work product protection |
| 1129 | Iowa Board of Medicine | | License verification for Robert W. Leach | 11/16/2021 | IHS Medical Quality Assurance Privilege, 25 U.S.C. § 1675; attorney work product protection |