IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE ESTATE OF NENA CHARLEY,
by and through Personal Representative,
TIMOTHY CHARLEY, TIMOTHY
CHARLEY, as parent and next friend of
NILE CHARLEY, and TIMOTHY CHARLEY,
Individually,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　Case No. 1:22-CV-00033 JB/JFR

THE UNITED STATES OF AMERICA, ROBIN
RANELL SALES, R.N., JOELLE CATHERIN
CERO GO, R.N., AB STAFFING SOLUTIONS,
LLC, a Foreign Corporation, NEXT MEDICAL
STAFFING, a Foreign Corporation, and JOHN or
JANE DOE Corporation,

    Defendants.

## NOTICE OF CHANGE OF FIRM

Joelle Catherin Cero Go, R.N. and AB Staffing Solutions hereby gives notice that their undersigned counsel have changed law firm affiliation from Rodey, Dickason, Sloan, Akin, and Robb, P.A. to Saiz, Chanez, Sherrell & Kaemper, P.C., effective March 1, 2023. Undersigned counsel's new contact information is set forth in the signature block below.

    Respectfully Submitted,

    **SAIZ, CHANEZ, SHERRELL & KAEMPER, P.C.**

    By:   */s/ Denise M. Chanez – Electronically Filed*
          Brenda M. Saiz
          Denise M. Chanez
    5600 Wyoming Blvd., NE, Suite 200
    Albuquerque, NM 87109
    T: (505) 340-3443
    bsaiz@sclawnm.com; dchanez@sclawnm.com

    *Attorneys for Joelle Go, RN and AB Staffing Solutions*

4017468.1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>Thursday, February 23, 2023</u>, I filed the foregoing electronically, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

| | |
|---|---|
| Lisa K. Curtis | John J. Checkett |
| Laura R. Callanan | James Bennett |
| Curtis & Co. | The Checkett Law Firm, PLLC |
| 215 Central Ave. NW | 6829 North 12th Street |
| Third Floor | Phoenix, AZ 85014 |
| Albuquerque, NM 87102 | jcheckett@checkett-law.com |
| lisa@curtislawfirm.org | jbennett@checkett-law.com |
| laura@curtislawfirm.org | *Attorney for Robin Ranell Sales, RN* |
| *Attorneys for Plaintiff* | |

Alexander M.M. Uballez
United States Attorney
Brett C. Eaton
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
Brett.Eaton@usdoj.gov

**SAIZ, CHANEZ, SHERRELL & KAEMPER, P.C.**

By: */s/ Denise M. Chanez – Electronically Filed*
     Denise M. Chanez