IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE ESTATE OF NENA CHARLEY,
by and through Personal Representative,
TIMOTHY CHARLEY, TIMOTHY
CHARLEY, as parent and next friend of
NILE CHARLEY, and TIMOTHY CHARLEY,
Individually,

    Plaintiffs,

vs.

THE UNITED STATES OF AMERICA, ROBIN
RANELL SALES, R.N., JOELLE CATHERIN
CERO GO, R.N., AB STAFFING SOLUTIONS,
LLC, a Foreign Corporation, NEXT MEDICAL
STAFFING, a Foreign Corporation, and JOHN or
JANE DOE Corporation.

    Defendants.

Cause No. 1:22-cv-00033-JB-JFR

**DEFENDANT THE UNITED STATES OF AMERICA'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'
MOTION FOR RELIEF BASED ON NEWLY DISCOVERED EVIDENCE REGARDING
THE COURT'S RULING ON DEFENDANT NURSE SALES' AND NURSE GO'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

    Defendant the United States of America moves the Court for an extension of time of fourteen (14) days to file a Response to Plaintiffs' Motion for Relief Based on Newly Discovered Evidence Regarding the Court's Ruling on Defendant Nurse Sales' and Nurse Go's Motion for Summary Judgment (Doc. 272). Defendant requests that the current deadline of August 1, 2024 be extended to August 15, 2024.

    Counsel for Plaintiffs was contacted and does not oppose this motion. The remaining named Defendants also do not oppose this motion.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Samantha E. Kelly 8/1/24*
SAMANTHA E. KELLY
BRETT C. EATON
Assistant United States Attorneys
201 Third Street NW, Suite 900
Albuquerque, NM 87102
(505) 224-1455; Fax (505) 346-7205
Samantha.Kelly@usdoj.gov
Brett.Eaton@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 1, 2024, I filed the foregoing electronically through the CM/ECF system which caused all counsel of record to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

*/s/ Samantha E. Kelly*
SAMANTHA E. KELLY
Assistant United States Attorney