1

1                IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF NEW MEXICO

3

4    ESTATE OF NENA CHARLEY,

5                        Plaintiffs,

6                        VS.
                                NO. CV 22-0033 JB
7
     UNITED STATES OF AMERICA, et al.,
8
                         Defendants.
9

10

11

12            Transcript of Omnibus Proceedings before
     The Honorable James O. Browning, United States
     District Judge, Albuquerque, Bernalillo County, New
13   Mexico, commencing on January 5, 2024.

14
     For the Plaintiff:  Ms. Melanie Ben; Mr. Luke Holmen
15
     For the Defendant:  Mr. Brett Eaton; Ms. Samantha
16   Kelly

17   For the Defendants (Via Zoom):  Mr. John Checkett;
     Ms. Denise Chanez
18

19

20

21            Jennifer Bean, FAPR, RDR, RMR, CCR
                United States Court Reporter
22               Certified Realtime Reporter
                  333 Lomas, Northwest
23               Albuquerque, NM  87102
                 Phone:  (505) 348-2283
24           Email:  Jbean@litsupport.com

25                    **EXHIBIT A**

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1   know what he could do if he were asked.  But I don't

2   think he's been asked.  So I don't think he's a

3   viable candidate.

4            I think all that we really have is Dr.

5   Glazer as a possible replacement.  And I'm just

6   troubled about relying on someone as a causation

7   expert when they say they're not an expert in that

8   field.  I think that would not be correct.  I think

9   you've first got to be an expert in the field.  And

10  I understand he's an expert in the breach of duty

11  portion of the case, and I understand that.  But I

12  think now, trying to stretch him into causation

13  would, A, not be fair to the defendants, and would

14  be a stretch that intellectually doesn't stand up.

15           So I'm inclined to grant the three

16  motions.  I think that I need to probably wrap up

17  this case, and send it on to the Tenth, and see if I

18  got the issue on Dr. Polsky correct.  But I think

19  that, up until probably I ruled on the motion to

20  reconsider earlier this afternoon, I think we all

21  thought that probably the case was at an end, and

22  that plaintiffs -- had pretty much said as much many

23  times on November 14, and again today.

24           So I'm not going to grant any request that

25  the plaintiffs be allowed to get a new expert.  I


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    think that defeats the purpose.  It would be better

2    to try to shoehorn Dr. Polsky back in here than just

3    get a new expert.  Either one of those are going to

4    be terribly disruptive to the Court.

5            So I'm inclined to grant the three

6    motions.  I think the best thing to do at this point

7    is not have anybody, including the Court, rushing to

8    try to get something out and get ready for trial.

9    So I think, at the present time, we ought to just

10    pause on this case; let me get these opinions out.

11    And then if I, in writing them, come to a different

12    conclusion, then we can get back together.  But I'm

13    going to go ahead and vacate the pretrial conference

14    as well as the trial.

15            Because I did give permission to the

16    plaintiff to take some discovery, do some discovery,

17    and I said they could supplement their response to

18    these motions, and I've also told the defendants

19    that they can file replies, I'll let y'all go ahead

20    and do that work.

21            But as far as pretrial conference and

22    trial dates, unless somebody tells me that they want

23    those to remain, I'd be inclined to vacate so it

24    takes pressure off of us to try to meet any of those

25    deadlines.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com