Case 1:22-cv-00033-JB-JFR   Document 282-3   Filed 08/12/24   Page 1 of 4

CHARLEY vs. USA, et al.                             Edward Shradar, RN, MSN, CEN
No. 1:22-CV-00033-JB-JFR                                         October 16, 2023

```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW MEXICO


THE ESTATE OF NENA CHARLEY,
by and through Personal Representative,
TIMOTHY CHARLEY, TIMOTHY
CHARLEY, as parent and next friend of
NILE CHARLEY, and TIMOTHY CHARLEY,
Individually,

        Plaintiffs,

vs.                                 No. 1:22-cv-00033-JB-JFR

THE UNITED STATES OF AMERICA, ROBIN
RANELL SALES, R.N., JOELLE CATHERIN
CERO GO, R.N., AB STAFFING SOLUTIONS,
LLC, a Foreign Corporation, NEXT MEDICAL
STAFFING, a Foreign Corporation, and JOHN or
JANE DOE Corporation,

        Defendants.



        DEPOSITION OF EDWARD SHRADAR, RN, MSN, CEN
                   October 16, 2023
                      9:30 a.m.
                      Via Zoom
                Albuquerque, New Mexico



            PURSUANT TO THE FEDERAL RULES OF CIVIL
PROCEDURE this deposition was:


TAKEN BY:       DENISE M. CHANEZ, ESQ.
                ATTORNEY FOR JOELLE CATHERIN CERO GO and
                AB STAFFING SOLUTIONS, LLC


REPORTED BY:    Debra L. Williams, CCR
                New Mexico CCR #92
                WILLIAMS & ASSOCIATES, LLC
                Suite G-101
                317 Commercial Street, Northeast
                Albuquerque, New Mexico 87102
```

Case 1:22-cv-00033-JB-JFR   Document 282-3   Filed 08/12/24   Page 2 of 4

Page 16 (Pages 58-61)

CHARLEY vs. USA, et al.  
No. 1:22-CV-00033-JB-JFR

Edward Shradar, RN, MSN, CEN  
October 16, 2023

Page 58

1  right of that. Correct?
2  **A. Yes.**
3  Q. And the same for all of the other topics that are
4  listed on this page, where there are initials next to
5  them, they're to the right of the topic. Is that right?
6  **A. Yes.**
7      MS. CURTIS: Object to the form.
8  Q. And for the Hantavirus Plague Update PDF version,
9  there are no initials to the right of that topic, are
10 there?
11 **A. Not from what I can see.**
12 Q. The initials are above that topic. Correct?
13 **A. Yes.**
14 Q. Okay. And as we already discussed, it is -- this
15 is a black-and-white version of this document that
16 appeared to at least at some point in time be a color
17 version, and you agree we cannot see, as Ms. Curtis
18 pointed out, what is highlighted on this document. Is
19 that right?
20 **A. Correct.**
21 Q. And if -- and this is a hypothetical -- if Nurse
22 Go was not asked to complete Hantavirus Plague Update
23 PDF version, in other words, if that was not one of the
24 highlighted topics, you would agree she did not have an
25 obligation to complete that for her training?

Page 59

1  **A. Yes.**
2      MS. CURTIS: Sorry. I have to object to the
3  form. Go ahead.
4  **A. Yes.**
5  Q. Thank you, Mr. Shradar.
6     Okay. Mr. Shradar we've been going for about an
7  hour-and-a-half now. I don't have much more in terms of
8  my questions for you, so I don't know if you want to
9  wrap up and then take a break, because I do think that
10 Mr. Checkett and Mr. Eaton may have some questions for
11 you. Or if you'd like to take a break now, that's
12 perfectly fine and we'll just finish up my questions
13 when we get back.
14 **A. We can finish your questions now if you'd like.**
15 Q. Okay. All right. Okay. I think I may have come
16 down a little too far. This is repeated, I think, on
17 the next page, but I did want to ask you about it in
18 terms of the document here.
19    It says, "This PDF appears for use by the general
20 public and gives no specific information to ED staff on
21 how to screen patients, document the screening questions
22 or who to notify if a patient is found to be at risk for
23 Hantavirus exposure." And I just wanted to be sure,
24 within that, there is no criticism or an opinion related
25 to Nurse Go. Correct?

Page 60

1  **A. Correct.**
2  Q. Okay. And then you quote some testimony from
3  Nurse Go on pages 12 and 13 of your report. It's
4  related to the June 20 -- it looks like some questions
5  about Hantavirus training, and she was saying that there
6  was a Hantavirus video that she viewed in June of 2019.
7  And then some questions about the questionnaire in
8  place, I think in June of 2019 that they do ask
9  questions now about mouse droppings, exposure to mouse
10 droppings. Do you see all of that, Mr. Shradar?
11 **A. Yes.**
12 Q. Okay. Are there any opinions related to Nurse
13 Go? It didn't appear to me that there were, but I just
14 wanted to confirm, because you did identify some
15 testimony from her.
16     MS. CURTIS: Object to the form.
17 **A. I don't have any further opinion.**
18 Q. Okay. All right. So then on to page 13, you say
19 it's your opinion there were breaches in nursing care,
20 nursing education and nursing competency validation at
21 GIMC emergency department that directly affected the
22 care of Nena Charley on May 28th. And you have some
23 opinions about GIMC and its training of Nurse Sales and
24 Nurse Go.
25    But I wanted to come back, in terms of the

Page 61

1  breaches in nursing care, have we already covered your
2  opinions with respect to the breaches in nursing care --
3  did I understand your testimony correctly in the sense
4  that your opinion was that there should have been
5  screening in place?
6      MS. CURTIS: Object to the form.
7  **A. Yes.**
8  Q. And is there anything else about -- any other
9  opinions we haven't covered with respect to breaches in
10 nursing care? And let me be even more specific. With
11 respect to Nurse Go.
12 **A. No. We've covered it.**
13 Q. Okay. All right. And then you've got four
14 opinions here. The first has to do with the criticism I
15 think that we just discussed previously regarding the
16 Hantavirus Plague PDF version that was in Nurse Go's
17 education file, that it's used for general public
18 purposes and it does not provide information on how to
19 screen patients for Hantavirus or report a positive
20 screening. And that seems pretty self-explanatory to
21 me. And as I understand it, that's not a criticism or
22 an opinion related to Nurse Go. Correct?
23 **A. Correct.**
24 Q. Okay. And then the second opinion has to do with
25 GIMC failing to validate Hantavirus -- or allegedly

Case 1:22-cv-00033-JB-JFR   Document 282-3   Filed 08/12/24   Page 3 of 4

Page 17 (Pages 62-65)

CHARLEY vs. USA, et al.  
No. 1:22-CV-00033-JB-JFR

Edward Shradar, RN, MSN, CEN  
October 16, 2023

Page 62

1  failing to validate Hantavirus, screening nurse
2  competency of Nurse Sales and Nurse Go, and you talk
3  about the standard workflow that would include screening
4  questions and how to report positive screenings and how
5  to care for a suspected Hantavirus patient. Did I read
6  that correctly?
7      A. Yes.
8      Q. And it does not appear to me that there are
9  opinions here related to Nurse Go, but I wanted to just
10  confirm that with you.
11      A. These are my opinions. There's nothing
12  additional.
13      Q. And nothing specific to Nurse Go in terms of --
14  this criticism appears to be focused on the hospital.
15  That's all I'm trying to confirm.
16      A. Correct.
17      Q. Okay. All right. And then the third opinion is
18  that Nurse Sales and Nurse Go did not meet the standard
19  of care with Hantavirus screening. Have we already
20  discussed your opinion with respect to not meeting the
21  standard of care with Hantavirus screening for Nurse Go?
22      A. Yes.
23      Q. Do you have anything else to add?
24      A. No.
25      Q. And then it says that GIMC failed to provide

Page 63

1  adequate education and training programs. And again,
2  that opinion is separate from Nurse Go. Correct?
3      A. Yes.
4      Q. And then the fourth again discusses GIMC and an
5  alleged failure to monitor compliance of Hantavirus
6  screening. You don't have any opinions related to Nurse
7  Go with respect to that fourth opinion. Correct?
8      A. Correct.
9      Q. All right. And then under the next section here
10  it says Opinions, page 13 of your report, Opinions,
11  May 28, 2019, second visit at Gallup Indian Medical
12  Center. And just to confirm, Mr. Shradar, you did
13  not -- you agree that Nurse Go did not provide any care
14  to Ms. Charley on her second visit to GIMC. Correct?
15      A. Correct.
16      Q. And the opinions you've expressed here regarding
17  the second visit at GIMC do not pertain to Nurse Go. Is
18  that right?
19      A. Correct.
20      Q. All right. In the beginning of your report, or
21  closer to the beginning of your report, I asked him over
22  that initial discussion where you said you were gonna
23  discuss the standard of care for treating patients like
24  Ms. Charley -- let me get to that language, just so I
25  don't misstate something.

Page 64

1      Okay. Yeah. You will express opinions on
2  nursing standard of care for nurses and explain to the
3  jury the standard of care for evaluating a patient such
4  as Nena Charley and the role of an emergency department
5  nurse caring for a patient like Nena Charley and how an
6  ED nurse properly screens and assesses a patient
7  presenting with possible communicable disease symptoms.
8      Have we covered those opinions already today,
9  Mr. Shradar, in the course of reviewing your report?
10          MS. CURTIS: Object to the form.
11      Q. Go ahead, Mr. Shradar.
12      A. Yes.
13      Q. Is there anything else you want to add to your
14  testimony that you've already given with respect to that
15  section of your report?
16      A. No.
17      Q. Okay. I think that's the end of your report.
18  And Mr. Shradar, just to confirm, there are no opinions
19  in your report concerning AB Staffing Solutions. Is
20  that right?
21      A. Correct.
22      Q. You will not be offering any opinions at trial
23  regarding AB Staffing Solutions, correct?
24      A. Correct.
25      Q. Are there any other opinions that you think I may

Page 65

1  have missed in your report that we have not already
2  discussed today?
3          MS. CURTIS: Object to the form.
4      A. No.
5      Q. Have we covered all the opinions you plan to
6  offer in this case at trial if you're called to testify
7  at trial?
8          MS. CURTIS: Object to the form.
9      A. Yes.
10      Q. Thank you, Mr. Shradar. If you have any other
11  opinions, there is ongoing discovery in this case, and I
12  just want to be sure that if anything changes, if there
13  are any changes to your opinions after you review any
14  additional material, if you have any new opinions or any
15  of your opinions are no longer -- you're withdrawing any
16  of those opinions, that you will let Ms. Curtis know or
17  Ms. Ben know so that they can inform us and we will have
18  the opportunity to depose you again.
19          MS. CURTIS: So I'm gonna object to that. I
20  don't know that you get to depose him again. But
21  obviously we understand the supplementation
22  requirements.
23          MS. CHANEZ: Fair enough. I'm not going to
24  agree that we wouldn't have the opportunity to depose
25  him again, but that's a different issue.

Case 1:22-cv-00033-JB-JFR   Document 282-3   Filed 08/12/24   Page 4 of 4

Page 20 (Pages 74-77)

CHARLEY vs. USA, et al.
No. 1:22-CV-00033-JB-JFR

Edward Shradar, RN, MSN, CEN
October 16, 2023

Page 74

1  Q. And then where it says in the paragraph
2  underneath that, it says "First" and then it goes on to
3  talk about Nurse Go, that related to Nurse Go, correct,
4  that paragraph?
5  **A. Yes.**
6  Q. Okay. And then it says "Second, GIMC failed to
7  validate Hantavirus screening nursing competency of
8  Robin Sales and Nurse Go." Did I read that correctly?
9  **A. Yes.**
10  Q. And that is your opinion?
11      MS. CURTIS: Objection, form, foundation.
12  **A. Yes, that is my opinion.**
13  Q. Okay. And where it says "Third," it says "Robin
14  Sales, RN, and Joelle Go, RN, did not meet the standard
15  of care with regard to Hantavirus screening." Did I
16  read that correctly?
17  **A. Yes.**
18  Q. And again, am I accurate in stating that your
19  opinion there is both Nurse Sales and Nurse Go didn't do
20  Hantavirus screening because they weren't trained on it
21  by the hospital?
22      MS. CURTIS: Objection, form, foundation.
23  **A. Correct.**
24  Q. All right. So it's not a situation where Nurse
25  Sales knew about the Hantavirus screening, it's just,

Page 75

1  she didn't get it because the hospital didn't train her
2  on it.
3      MS. CURTIS: Objection, form, foundation.
4  **A. Yes. That's my opinion.**
5  Q. Okay. So -- okay. So really, this -- and it
6  goes on further, "GIMC failed to provide adequate
7  training and education programs." Did I read that
8  correctly?
9  **A. Yes.**
10  Q. So it's your opinion that, kind of like where we
11  started, the standard of care wasn't met, first off,
12  because there wasn't a Hantavirus screening as provided
13  by the hospital. Correct?
14  **A. Correct.**
15  Q. All right. And the reason you mentioned Nurse
16  Sales and Nurse Go in this third -- what's marked as the
17  third opinion is because the hospital had not given them
18  the training to do the screening, therefore, they didn't
19  do a screening for Hantavirus. Correct?
20      MS. CURTIS: Objection, foundation.
21  **A. Yes. That is my opinion.**
22  Q. Okay. And so then fourth, again, you refer to
23  GIMC's role in the case and Hantavirus screening.
24  Correct?
25  **A. Yes.**

Page 76

1  Q. All right. So this isn't necessarily a situation
2  where Nurse Sales fell below the standard of care,
3  you're actually focusing on the hospital not providing
4  Nurse Sales with the necessary training and education to
5  do the Hantavirus screening. Is that right?
6      MS. CURTIS: Objection, foundation.
7  **A. Yes.**
8  Q. Okay. And so essentially, your opinions -- I
9  know Robin Sales is mentioned, but your opinions about
10  the failure to do the Hantavirus screening go to the
11  hospital and the lack of training for Robin Sales. Is
12  that right?
13      MS. CURTIS: Objection, form.
14  **A. Yes.**
15  Q. And so I know you testified earlier given a
16  constellation of symptoms in the triage, a question with
17  proper Hantavirus screening would require a followup
18  question on mouse droppings. Is that what you were
19  testifying earlier?
20  **A. Yes.**
21  Q. And so you're not saying that Robin Sales fell
22  below the standard of care by not asking that question,
23  rather, you're saying the hospital did not train her to
24  ask that question, so it was a hospital standard of care
25  violation. Is that right?

Page 77

1      MS. CURTIS: Objection, foundation.
2  **A. Yes.**
3  Q. Okay. And have I covered your opinions -- I know
4  I've covered your opinions with Next Medical Staffing.
5  Have I covered your opinions as they relate to Nurse
6  Sales?
7      MS. CURTIS: Objection, form, foundation.
8  **A. Yes.**
9      MR. CHECKETT: Okay. Thank you,
10  Mr. Shradar. I don't have any further questions.
11          EXAMINATION
12  BY MR. EATON:
13  Q. Okay. Mr. Shradar, thank you for sitting with us
14  today. At any point let me know if you can't hear me or
15  if I'm speaking too quickly, and I'll slow down.
16      So I represent the United States, and mostly
17  what's being referred to as Gallup Indian Medical
18  Center, which was the hospital under the Indian Health
19  Services. Mr. Shradar, have you ever worked for Indian
20  Health Services?
21  **A. No.**
22  Q. Have you ever provided any treatment in an Indian
23  Health Services hospital, clinic or other treatment
24  facility?
25  **A. No.**