IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE ESTATE OF NENA CHARLEY,
by and through Personal Representative,
TIMOTHY CHARLEY, TIMOTHY
CHARLEY, as parent and next friend of
NILE CHARLEY, and TIMOTHY CHARLEY,
Individually,

           Plaintiffs,

vs.                                                                No. 1:22-cv-00033-JB-JFR

THE UNITED STATES OF AMERICA, ROBIN
RANELL SALES, R.N., JOELLE CATHERIN
CERO GO, R.N., AB STAFFING SOLUTIONS,
LLC, a Foreign Corporation, NEXT MEDICAL
STAFFING, a Foreign Corporation, and JOHN or
JANE DOE Corporation.

           Defendants.

## DEFENDANT THE UNITED STATES OF AMERICA'S NOTICE OF JOINDER IN DEFENDANT JOELLE CATHERINE CERO GO, RN'S AND DEFENDANT AB STAFFING SOLUTIONS, LLC'S <u>MOTION TO STRIKE MICHELLE HARKINS, MD'S AFFIDAVIT</u>

Defendant the United States of America hereby joins in Defendant Joelle Catherine Cero Go, RN's, and Defendant AB Staffing Solutions, LLC's, Motion to Strike Michelle Harkins, MD's Affidavit (Doc. 282).

Defendant adopts and incorporates herein all arguments raised in Defendants Joelle Catherine Cero Go RN and AB Staffing Solutions LLC's Motion to Strike Michelle Harkins MD's Affidavit, along with all exhibits as if filed by Defendant.

                                                        Respectfully submitted,

                                                        ALEXANDER M.M. UBALLEZ
                                                        United States Attorney
                                                        <u>*/s/ Brett C. Eaton*</u>
                                                        BRETT C. EATON
                                                        Assistant United States Attorney

201 Third Street NW, Suite 900
Albuquerque, NM 87102
(505) 224-1507; Fax (505) 346-7205
Brett.Eaton@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 13, 2024, I filed the foregoing electronically through the CM/ECF system which caused all counsel of record to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

      */s/ Brett C. Eaton*
      BRETT C. EATON
      Assistant United States Attorney