UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.** CIV 22-0033 JB/JFR          **DATE:** 8/13/2024

**TITLE:**   *Charley v. The United States of America, et al.*

**COURTROOM CLERK:** L. Rotonda        **COURT REPORTER:**   J. Bean

**COURT IN SESSION:**  8:28 AM          **TOTAL TIME:**  0:40

**TYPE OF PROCEEDING:**  MOTION HEARING

**COURT RULING/DISPOSITION:**
1. PLAINTIFFS' AMENDED MOTION FOR LEAVE TO RE-DEPOSE LARRY LYBBERT NURSE EDUCATOR [267] – DENIED, SEE BELOW;
2. PLAINTIFFS' MOTION FOR RELIEF BASED ON NEWLY DISCOVERED EVIDENCE REGARDING THE COURT'S RULING ON DEFENDANT NURSE SALES' AND NURSE GO'S MOTION FOR SUMMARY JUDGMENT (DOC. 233) AND (DOC. 234) [272] – ORAL ARGUMENT TO BE RESET FOR FUTURE DATE.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**       **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Melanie Ben                                   Brett Eaton
Theresa H                                     John Checkett
                                              Denise Chanez

**PROCEEDINGS:**

**COURT IN SESSION: 8:28 AM**

**COURT:**  CALLS CASE, COUNSEL ENTER APPEARANCES.

**MS. BEN:** ARGUES IN SUPPORT OF PLAINTIFFS' AMENDED MOTION FOR LEAVE TO RE-DEPOSE LARRY LYBBERT NURSE EDUCATOR (DOC. 267).

**COURT:** QUERIES MR. EATON REGARDING WHETHER THERE ARE ANY DOCUMENTS THAT PLAINTIFFS ARE SEEKING VIA MOTION.

**MR. EATON:** RESPONDS TO COURT'S QUERIES.

**COURT:** QUERIES MS. BEN REGARDING SAME.

**MS. BEN:** RESPONDS TO COURT'S QUERIES, RESUMES ARGUMENT.

**MR. EATON:** ARGUES IN OPPOSITION TO MOTION.

**MR. CHECKETT:** INDICATES JOINS IN GOVERNMENT'S ARGUMENT.

**MS. CHANEZ:** INDICATES JOINS IN GOVERNMENT'S ARGUMENT.

**MS. BEN:** ARGUES IN REBUTTAL AS TO MOTION.

**COURT:** INDICATES THINKS PLAINTIFFS HAD DOCUMENTS IN QUESTION, WILL NOT REOPEN DISCOVERY. WILL DENY SAME.

QUERIES COUNSEL REGARDING WHETHER PARTIES WISH TO TRY TO ACCOMPLISH ANYTHING FURTHER DURING INSTANT HEARING.

**MS. CHANEZ:** ADDRESSES COURT REGARDING NEW MOTION FILED AND STATUS OF BRIEFING ON ADDITIONAL MOTION.

**MR. EATON:** AGREES AS TO SAME, WILL DEFER TO PLAINTIFFS' COUNSEL WHO REPRESENT THAT THEY ARE NOT PREPARED TO MOVE FORWARD WITH ARGUMENT ON MOTION.

**COURT:** NOTES THAT COURT WILL PROBABLY NOT STRIKE AFFIDAVIT. INDICATES THAT COURT IS WORKING ON OPINION RELATED TO MOTIONS FOR SUMMARY JUDGMENT, PROVIDES STATUS UPDATE.

**COURT IN RECESS: 9:08 AM**