IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE ESTATE OF NENA CHARLEY,
by and through Personal Representative,
TIMOTHY CHARLEY, TIMOTHY
CHARLEY, as parent and next friend of
NILE CHARLEY, and TIMOTHY CHARLEY,
Individually,

        Plaintiffs,

vs.                                      Cause No. 1:22-cv-00033-JB-JFR

THE UNITED STATES OF AMERICA, ROBIN
RANELL SALES, R.N., JOELLE CATHERIN
CERO GO, R.N., AB STAFFING SOLUTIONS,
LLC, a Foreign Corporation, NEXT MEDICAL
STAFFING, a Foreign Corporation, and JOHN or
JANE DOE Corporation.

        Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Samantha E. Kelly, Assistant United States Attorney for the District of New Mexico, hereby withdraws from the above-captioned case. Assistant United States Attorney Brett C. Eaton will remain as counsel for the Defendant the United States of America.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Samantha E. Kelly*
SAMANTHA E. KELLY
Assistant United States Attorney
201 Third Street NW, Suite 900
Albuquerque, NM 87102
(505) 224-1455; Fax (505) 346-7205
Samantha.Kelly@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on November 25, 2024, I filed the foregoing pleading electronically through the CM/ECF system which caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

                                    */s/ Samantha E. Kelly*
                                    SAMANTHA E. KELLY
                                    Assistant United States Attorney