IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE ESTATE OF NENA CHARLEY,
by and through Personal Representative.
TIMOTHY CHARLEY, TIMOTHY
CHARLEY, as parent and next friend of
NILE CHARLEY, and TIMOTHY
CHARLEY, Individually.

        Plaintiffs,

vs.   No. CIV 22-0033 JB/JRF

THE UNITED STATES OF AMERICA,
ROBIN RANELL SALES, R.N., JOELLE
CATHERIN CERO GO, R.N., AB STAFFING
SOLUTIONS, LLC, a Foreign Corporation,
NEXT MEDICAL STAFFING, a Foreign
Corporation, and JOHN or JANE DOE
Corporation,

        Defendants.

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO VACATE AND RESET THE DECEMBER 5, 2024, HEARING [DOC 302]**

THIS MATTER having come before the Court on Plaintiffs' Unopposed Motion to Vacate and Reset the December 5, 2024, Hearing, [Doc 302], FINDS:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

1. Plaintiff's counsel has been called to trial in First Judicial District Case No. D-101-CV-2023-01061, beginning December 2, 2024, through December 13, 2024.

2. This Court has a hearing scheduled for December 5, 2024, at 8:30 am.

3. The hearing on the various motions is hereby vacated and will be rescheduled for January 24, 2025 at 8:30 a.m.

_____
UNITED STATES DISTRICT JUDGE

**Submitted by:**

C URTIS & C O .
215 CENTRAL AVENUE NORTHWEST
THIRD FLOOR
ALBUQUERQUE, NM 87102
T  505-243-2808    F  505-242-0812
lisa@curtislawfirm.org
melanie@curtislawfirm.org

*/s/ Melanie L. Ben*
Lisa K. Curtis
Melanie L. Ben
*Attorneys for Plaintiffs*

*/s/ Denise M. Chanez 12/02/24 via email*
Brenda M. Saiz
Denise Michelle Chanez
Saiz, Chanez, Sherrell & Kaemper, P.C.
5600 Wyoming Blvd., NE, Suite 200
Albuquerque, NM 87109
bsaiz@sclawnm.com
dchanez@sclawnm.com
*Attorneys for Joelle Catherin Cero Go, R.N. and AB Staffing Solutions*

**Approved by:**

*/s/ Brett C. Eaton 12/02/24 via email*
BRETT C. EATON
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274; Fax: (505) 346-7205
brett.eaton@usdoj.gov
*Attorney for the United States*

*/s/ John J. Checkett 12/02/24 via email*
John J. Checkett
The Checkett Law Firm, PLLC
6829 North 12th Street
Phoenix, AZ 85014
jcheckett@checkett-law.com
*Attorneys for Robin Ranell Sales, RN and Next Medical Staffing*

2